IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS LAMONT MURPHY, | ) |
| Plaintiff, | ) |
| v. | ) |
| CHIP PLOCK, | ) |
| Defendant. | ) Civil Action No. 3:17-CV-3344-C-BK |

## ORDER

On this day, the Court considered Plaintiff Thomas Lamont Murphy's "Sworn Criminal Complaint and Sworn Affidavit," filed December 11, 2017. The United States Magistrate Judge entered her Findings, Conclusions, and Recommendation on January 3, 2018, recommending that the complaint be dismissed without prejudice for want of jurisdiction. Murphy failed to file any objections to the Magistrate Judge's recommendation and the time to do so has expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. Accordingly, the above-styled and -numbered civil action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction. All relief not expressly granted by this Order is **DENIED**.

SO ORDERED this 30th day of January, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE